IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Corpus Christi Division

| | | |
|---|---|---|
| **Badfish Charters,** | ) | **Civil Action No.** |
| | ) | |
| **Plaintiff,** | ) | **2:21-cv-00130** |
| | ) | |
| v. | ) | |
| | ) | |
| **Virginia Diesel & Truck** | ) | |
| **Repair, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S CORRECTED OPPOSED MOTION FOR JUDGMENT AS A MATTER OF LAW (CORRECTIONS ARE IN BOLD ITALIC PRINT)

COMES NOW the *defendant*, Virginia Diesel & Truck Repair, Inc. (hereinafter "Virginia Diesel") who hereby moves this Court to direct the entry of judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b) against the *plaintiff* Badfish Charters, LLC (hereinafter "Badfish") on the grounds that reasonable people could not conclude that Badfish did not repair "equipment delivered" by Virginia Diesel.

Defendant's counsel emailed Plaintiff's counsel on November 21, 2022 and asked him to respond by 12:00 p.m. (noon, November 22, 2022) if Plaintiff consented to this motion and said that Defendant's counsel would assume that Plaintiff opposed this motion if Plaintiff's counsel did not respond. Plaintiff's counsel did not respond by noon, November 22, 2022 and has not yet responded.

Respectfully Submitted,

VIRGINIA DIESEL & TRUCK REPAIR, INC.

By: /s/ Gary M. Bowman

1

Gary M. Bowman, Esq.
VSB No. 28866
Gary M. Bowman, Attorney at Law
2728 Colonial Ave., Ste. 100
Roanoke   VA   24015
Tel: (540) 343-1173
Email: gary@garymbowman.com
   *Counsel for Defendant, Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Gary M. Bowman, do hereby certify that a true and correct copy of this document was filed in this Court's ECF system on November 22, 2022, which provided NEF to counsel of record.

/s/ Gary M. Bowman